CRANDALL (CROPSEY v.). See Case No. 3,418.

CRANDELL (BURFORD v.). See Case No. 2,150.

CRANDELL (GILPIN v.). See Case No. 5,-449.

CRANDELL (UNITED STATES v.). See Cases Nos. 14,884 and 14,885.

---

## Case No. 3,350.
### CRANDELL'S TRIAL.
#### CRIMINAL LIBEL—EVIDENCE.

On an indictment for a seditious libel, in order to show the defendant's intent, the prosecution may give in evidence, any libellous papers subsequently published by the defendant or found, unpublished, in his possession.

[See U. S. v. Crandell, Case No. 14,885.]

[Nowhere reported; opinion not now accessible. The above statement of the point determined was taken from Brightley's Dig. 232.]

---

## Case No. 3,351.
### CRANDLE v. LIPPINCOTT.

[The case reported under this title in 1 Pittsb. Leg. J. 9, is the same case as Rich v. Lippincott, Case No. 11,758.]